UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DUCKWORTH REALTY, INC., et al.                                              PLAINTIFF

VS.                                                    CIVIL ACTION NO. 3:09cv133-DPJ-JCS

NATIONWIDE PROPERTY &
CASUALTY INSURANCE COMPANY                                              DEFENDANT

## ORDER OF RECUSAL

This cause is before the Court, *sua sponte*, for purposes of recusal pursuant to 28 U.S.C. § 455 (2000). It has come to the Court's attention that the undersigned has a conflict in this case because he knows one of the parties. Therefore, it is appropriate under the standards set forth in 28 U.S.C. § 455 that the undersigned recuse himself from this case.

It is, therefore, ORDERED, that the undersigned recuses himself from all further proceedings in this case.

**SO ORDERED AND ADJUDGED** this the 5th day of March, 2009.

                                                  s/ *Daniel P. Jordan III*
                                                UNITED STATES DISTRICT JUDGE