**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**DUCKWORTH REALTY, INC.,LAKELAND INTERESTS, LLC,**
**ST&T PROPERTIES, LLC, MOON & HINES LAKELAND, LLC,**
**MOON-HINES-TIGRETT LAKELAND, LLC,**
**AND ELVERTON INVESTMENTS II, LLC**                    **PLAINTIFFS**

**V.**                              **CIVIL ACTION NO. 3:09cv133DPJ-JCS**

**NATIONWIDE PROPERTY &**
**CASUALTY INSURANCE COMPANY**                        **DEFENDANT**

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY, THIS CAUSE came on for hearing on the joint motion of the parties to

dismiss this action with prejudice, and the Court, having been advised in the premises and

noting the agreement of counsel, finds that said Motion is well taken and should be and is

hereby granted;

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the claims made by

Plaintiffs, Duckworth Realty, Inc., Lakeland Interests, LLC, ST&T Properties, LLC, Moon

& Hines Lakeland, LLC, Moon-Hines-Tigrett Lakeland, LLC, and Elverton Investments II,

LLC, against Defendant, Nationwide Property & Casualty Insurance Company, are hereby

dismissed with prejudice with each party to bear their own costs.

SO ORDERED, THIS the _22_ day of ____Oct____, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

AGREED TO:

_/s/ Patrick M. Tatum_____
PATRICK M. TATUM (MSB# 9852)
*Attorney for Defendant*

_/s/ Walter H. Boone_____
WALTER H. BOONE (MSB# 8651)
*Attorney for Plaintiff*